No. 202. HARRIET C. BRITTIN *v.* S. E. JUDEN, PRESIDING JUSTICE, ET AL. Appeal from the District Court of the United States for the Eastern District of Missouri. Submitted, pursuant to the 32d Rule, October 15, 1923.

Decided October 22, 1923. *Per Curiam.* Decree affirmed with costs, upon the authority of *Colvin* v. *Jacksonville,* 158 U. S. 456, 459–460; *El Paso Water Co.* v. *El Paso,* 152 U. S. 157, 159. *Mr. Patrick H. Cullen* and *Mr. T. T. Fauntleroy* for appellant. *Mr. Arthur L. Oliver* and *Mr. Edward D. Hays* for appellees.